**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

**March 13, 2012**

**CASE NUMBER:  CV 11-04482 RS**
**CASE TITLE:  KEFU ET AL-v-JPMORGAN CHASE BANK ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Edward M. Chen** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/13/12

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 3/13/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA