**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434
Email:  scott.greene@bryancave.com
        naickert@bryancave.com

**BRYAN CAVE LLP**
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:  (949) 223-7000
Facsimile:  (949) 223-7100
Email:  sean.muntz@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (as successor by merger to LaSalle Bank N.A., as trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR6); JPMORGAN CHASE BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAPUKETAU N. KEFU & FUSIPALA P. KEFU,<br><br>Plaintiffs,<br><br>v.<br><br>LaSalle Bank National Association trustee for Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR6; JPMorgan Chase Bank; Mortgage Electronic Registration Systems, Inc.; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH PERSON, OR PERSONS, ALL PERSONS U NKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN REAL PROPERTY DESCRIBED IN THIS COMPLAINT AS "2107 SHOREVIEW AVENUE SAN MATEO, CA 94401", ADVERSE TO THE PLAINTIFFS' TITLE THERETO, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 3:11-CV-4482-RS<br><br>[P~~ROPOS~~ED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS.<br><br><br><br><br><br><br><br><br><br><br><br>Date Action Filed:  August 4, 2011<br>Date Removed:  September 9, 2011 |

SF01DOCS\67957.1

# [PROPOSED] ORDER

The Court, having reviewed the parties' stipulation, and good cause appearing therefore hereby orders as follows:

1. This action shall be stayed until May 31, 2012;

2. The time for Plaintiffs to file an amended complaint shall be extended to June 1, 2012;

3. Defendants further agree to postpone any foreclosure proceedings on the liens associated on the loan for the subject property located at 2107 Shoreview Avenue, San Mateo, California 94401 pending review and determination by Chase on Plaintiffs' anticipated loan modification application.

**IT IS SO ORDERED.**

Dated: _____3/13/12_____

By: _____



IT IS SO ORDERED
Judge Edward M. Chen

SF01DOCS\67957.1    1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105