UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPUKATAU N. KEFU, et al., | No. C11-4482 EMC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE** |
| JP MORGAN CHASE BANK, et al., | |
| Defendants. | |

At the July 13, 2012 case management conference, the Court ordered Plaintiffs to file their amended complaint by August 13, 2012. Otherwise, the Court will dismiss the case.

As of this day, no amended complaint has been filed. Accordingly, the Court hereby dismisses the complaint with prejudice as to all Defendants. The Clerk is instructed to close the file.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KEFU ET AL et al,

      Plaintiff,

v.

JPMORGAN CHASE BANK ET AL et al,

      Defendant.
      _____/

Case Number: CV11-04482 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fusipala P. Kefu
2107 Shoreview Avenue
San Mateo, CA 94401

Tapuketau N. Kefu
2107 Shoreview Avenue
San Mateo, CA 94401

Dated: August 27, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2